Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

| | |
|---|---|
| HARTFORD LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA JACOBS, as personal representative of the Estate of Patrick Ceglowski, LINDA JACOBS, in her personal capacity, THELMA DARLENE CEGLOWSKI, MICHAEL R. CEGLOWSKI, and THE ESTATE OF HENRY ALFRED CEGLOWSKI,<br><br>Defendants. | Case No. 3:18-cv-05359-BHS<br><br>JOINT STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: OCTOBER 8, 2018 |

The Plaintiff, Hartford Life Insurance Company, and the Defendants, Linda Jacobs, Thelma Darlene Ceglowski, Michael R. Ceglowski, and The Estate of Henry Alfred Ceglowski, by and through their undersigned legal counsel hereby jointly stipulate and move that this cause be dismissed, with prejudice, each party bearing its own costs and attorney's fees in light of amicable settlement of all disputes.

JOINT STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE - 1
(No. 3:18-cv-05359-BHS)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| | |
|---|---|
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | The Law Office of Robert C. Brungardt |
| s/ Russell S. Buhite | s/Robert R. Brungardt |
| Russell S. Buhite, Esq., WSBA 41257 | Robert R. Brungardt, WSBA 8214 |
| 1201 Third Avenue, Ste. 5150<br>Seattle, WA 98101<br>T: 206-693-7057<br>F: 206-693-7058<br>Email: Russell.buhite@ogletree.com<br>Attorney for Plaintiff | P.O. Box 638<br>Shelton, WA 98584<br>T: (360) 426-1218<br>F: (360) 427-1173<br><br>Attorney for Defendants Thelma Darlene Ceglowski, Michael R. Ceglowski, and The Estate of Henry Alfred Ceglowski |

Mano, Paroutaud, Groberg, & Ricks

s/Richard A. Paroutaud

Richard A. Paroutaud, WSBA 6248

P.O. Box 1123
Chehalis, WA 98532
T: 360-748-6641
F: 360-748-6644
Email: richardp@chehalislaw.com

Attorney for Defendants Linda Jacobs

JOINT STIPULATION FOR DISMISSAL
WITH PREJUDICE - 2
(No. 3:18-cv-05359-BHS)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

## **ORDER**

**IN CONFORMITY** with the foregoing Stipulation, this action and all parts thereof are hereby dismissed as to Defendants Linda Jacobs, Thelma Darlene Ceglowski, Michael R. Ceglowski, and The Estate of Henry Alfred Ceglowski with prejudice and without recovery of costs or attorney fees to either party.

DATED this 15th day of October, 2018

_____
BENJAMIN H. SETTLE
United States District Judge

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE - 3
(No. 3:18-cv-05359-BHS)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058